FILED

03/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0578

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court Cause No.  DA 22-0578

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.

THOMAS M. GREGORY,

        Defendant and Appellant.

**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF**

On Appeal from the Tenth Judicial District Court,
Fergus County, Montana Cause No.  DC-14-2021-0000013
Honorable Heather Perry

UPON Appellant's Unopposed Motion, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellant's *Unopposed Motion for Extension of Time to File Reply Brief* is granted.  Appellant shall have up to, and including, Friday, March 24, 2023, to file reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2023